IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VINCENT PALMER,

    Plaintiff,

v.                                  CASE NO.: 4:09cv137-SPM/WCS

ALBERTSON'S LLC,

    Defendant.
_____/

## ORDER EXTENDING TIME TO FILE RESPONSE

Upon consideration, Defendant's Unopposed Motion for Extension of Time in Which to File Responsive Pleadings (doc. 2) is granted.  Defendant shall have up to and including April 27, 2009, to respond to the complaint.

SO ORDERED this 22nd day of April, 2009.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        United States District Judge