IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VINCENT PALMER,

    Plaintiff,

vs.                                                  4:09-CV-137-SPM/WCS

ALBERTSON'S LLC,

    Defendant.

_____/

## ORDER EXTENDING TIME

**THIS CAUSE** comes before the Court upon Plaintiff's Motion for Extension of Time to Respond to Defendant's Motion for Summary Judgment (doc. 29), Defendant's Response in Opposition (doc. 30), and Plaintiff's Motion for Leave to Reply (doc. 31). As the Court finds the Plaintiff's request for an extension to be reasonable, it is hereby **ORDERED AND ADJUDGED** as follows:

1. The Motion for Extension of Time (doc. 29) is *granted*.

2. Plaintiff shall have until January 25, 2010, to respond to the Defendant's Motion for Summary Judgment (doc. 25).

3. The Plaintiff's Motion for Leave to Reply (doc. 31) is *denied*.

**DONE AND ORDERED** this twenty-fifth day of January, 2010.

                    *s/ Stephan P. Mickle*
                    Stephan P. Mickle
                    Chief United States District Judge