IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

VINCENT PALMER,

    Plaintiff,

vs.                                       4:09-CV-137-SPM/WCS

ALBERTSON'S LLC,

    Defendant.
_____/

## ORDER GRANTING MOTION TO RECONSIDER TAXATION OF COSTS

**THIS CAUSE** comes before the Court upon Defendant's Motion to Reconsider Taxation of Costs (doc. 67). As the Court finds the Defendant's request to be reasonable, it is hereby **ORDERED AND ADJUDGED** as follows:

1. Pursuant to Federal Rule of Civil Procedure 54(d)(1), the Motion to Reconsider Taxation of Costs (doc. 67) is *granted*.

2. The Clerk is directed to reconsider the Taxation of Costs by Clerk (doc. 66) upon review of the documentation accompanying the Motion for Reconsideration (doc. 67).

**DONE AND ORDERED** this twenty-ninth day of July, 2011.

                                            *s/ Stephan P. Mickle*
                                            Stephan P. Mickle
                                            Senior United States District Judge